# United States Bankruptcy Court
### District of Nevada

**Case No. <u>09–20898–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
    OLGA VAZQUEZ
    3681 EBLICK WASH DR
    LAS VEGAS, NV 89115

Social Security No.:
    xxx–xx–3668

## ORDER REOPENING BANKRUPTCY

Pursuant to 11 USC 350(b) and Bankruptcy Rule 5010, the Court on its own motion resumes jurisdiction of the above entitled proceedings for administrative purposes.

Now therefore, no notice being required, no adverse interests being represented, and good cause appearing therefore, it is

ORDERED that closing of case entered on March 4, 2010 be, and the same hereby is, vacated and set aside, and Trustee LENARD E. SCHWARTZER is reinstated as Trustee of said Bankruptcy case.

Dated: 3/4/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court